ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 OCT -1 PM 3:34
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JOY SMITH and STEPHENNY WALKER, | * |
| Plaintiffs, | * |
| v. | *   CV 315-054 |
| LAZEGA & JOHANSON, LLC, | * |
| Defendant. | * |

# O R D E R

On October 1, 2015, the parties in the captioned case filed a "Stipulation of Dismissal," indicating that they have reached a settlement agreement. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE